**EXHIBIT B**

**Corporate Organizational Chart**

**New Fortress Energy Organizational Chart**

