SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Ron E. Meisler
Christopher M. Dressel (admitted *pro hac vice*)
Bryan V. Uelk
Jennifer Madden (admitted *pro hac vice*)
320 S. Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM (UK) LLP
Peter K. Newman
Nicole Stephansen
22 Bishopsgate
London EC2N 4BQ
Telephone: +44 20 7519 7000
Fax: +44 20 7519 7070

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In re* | **Chapter 15** |
| **NFE Global Holdings Limited, *et al.*,** | **Case No. 26-11268 (MG)** |
| **Debtors in a Foreign Proceeding.[1]** | **(Jointly Administered)** |

---

[1] The Debtors and the last four digits of their respective foreign identification numbers are NFE Global Holdings Limited (9588) and NFE Brazil Newco Limited (1053).  The address of NFE Global Holdings Limited's registered office is Suite 1, 7th Floor, 50 Broadway, London SW1H 0BL, United Kingdom, and the address of NFE Brazil Newco Limited's registered office is Suite 1, 7th Floor, 50 Broadway, London SW1H 0DB, United Kingdom.

<u>**NOTICE OF FILING OF EXPERT OPINION**</u>

**PLEASE TAKE NOTICE** that on May 28, 2026, Christopher Boas, in his capacity as the authorized foreign representative (the "**Foreign Representative**") of the above-captioned foreign debtors (the "**Debtors**") that are the subject of proceedings currently pending before the High Court of Justice of England and Wales (the "**English Court**") concerning two restructuring plans (the "**Restructuring Plans**") proposed pursuant to Part 26A of the Companies Act of 2006 (as amended), filed voluntary petitions for relief under chapter 15 of title 11 of the United States Code for the Debtors with the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that on June 23, 2026, the Court entered the *Order for Production of Expert Report* [Docket No. 22], directing counsel to the Foreign Representative to file on the docket copies of any expert affidavits or reports submitted to the English Court in connection with the sanction of the Restructuring Plans regarding recognition of the Restructuring Plans in the Debtors' chapter 15 cases (the "**Chapter 15 Cases**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>**Exhibit A**</u> is the Expert Opinion of Daniel M. Glosband (the "**Glosband Opinion**"), which is the only expert opinion submitted to the English Court that addresses recognition of the Restructuring Plans in the Chapter 15 Cases.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>**Exhibit B**</u> is Appendix A to the Glosband Opinion, attached hereto as <u>**Exhibit C**</u> are Tabs 1 through 45 of Appendix B to the Glosband Opinion, and attached hereto as <u>**Exhibit D**</u> are Tabs 46 through 79 of Appendix B to the Glosband Opinion.

*[Remainder of Page Intentionally Left Blank]*

Dated:  June 24, 2026
       Chicago, Illinois

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

/s/ *Ron E. Meisler*
Ron E. Meisler
Christopher M. Dressel (admitted *pro hac vice*)
Bryan V. Uelk
Jennifer Madden (admitted *pro hac vice*)
320 S. Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM (UK) LLP

Peter K. Newman
Nicole Stephansen
22 Bishopsgate
London EC2N 4BQ
Telephone: +44 20 7519 7000
Fax: +44 20 7519 7070

*Counsel to the Foreign Representative*
