SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Ron E. Meisler
Christopher M. Dressel (admitted *pro hac vice*)
Bryan V. Uelk
Jennifer Madden (admitted *pro hac vice*)
320 S. Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM (UK) LLP
Peter K. Newman
Nicole Stephansen
22 Bishopsgate
London EC2N 4BQ
Telephone: +44 20 7519 7000
Fax: +44 20 7519 7070

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 15** |
| **NFE Global Holdings Limited, *et al.*,** | **Case No. 26-11268 (MG)** |
| **Debtors in a Foreign Proceeding.[1]** | **(Jointly Administered)** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JUNE 26, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

---

[1]  The Debtors and the last four digits of their respective foreign identification numbers are NFE Global Holdings Limited (9588) and NFE Brazil Newco Limited (1053).  The address of NFE Global Holdings Limited's registered office is Suite 1, 7th Floor, 50 Broadway, London SW1H 0BL, United Kingdom, and the address of NFE Brazil Newco Limited's registered office is Suite 1, 7th Floor, 50 Broadway, London SW1H 0DB, United Kingdom.

| | |
|---|---|
| Date and Time of Hearing: | **June 26, 2026 at 10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**") before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. |
| Zoom Hearing Information: | The Hearing will be conducted via Zoom for Government. Any person wishing to participate in the Hearing must register their appearance through the "eCourtAppearances" tab on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, by **4:00 p.m. (Prevailing Eastern Time) on June 25, 2026**. The Court will circulate by email a Zoom link to those parties who previously registered for the Hearing through the "eCourtAppearances" tab on the Court's website. |
| Copies of Motions and Applications | Copies of each pleading identified below can be viewed and/or obtained: (i) by accessing the Court's website at http://ecf.nysb.uscourts.gov (a PACER login and password are required to retrieve documents), or (ii) by contacting counsel to the Foreign Representative. |

**UNCONTESTED MATTER GOING FORWARD**

1.      Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 3].

Objection Deadline:   June 19, 2026 at 4:00 p.m. (Prevailing Eastern Time)

Objections Received: None

Related Documents:

(a)      Official Form 401 Petitions of NFE Global Holdings Limited and NFE Brazil Newco Limited;[2]

(b)      Declaration of Nicole Stephansen in Support of the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 4];

(c)      Declaration of Christopher Boas in Support of the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign

---

[2]      The Form 401 Petition for NFE Global Holdings Limited is filed at Docket No. 1 at Case No. 26-11268 and the Form 401 Petition for NFE Brazil Newco Limited is filed at Docket No. 1 at Case No. 26-11269.

Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 5];

(d)     Order (I) Scheduling Recognition Hearing and (II) Specifying Form and Manner of Service of Notice [Docket No. 9];

(e)     Affidavit of Service of Herb Baer Regarding Notice of Filing and Hearing on the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of the Foreign Representative, and (III) Certain Related Relief, Chapter 15 Petition for Recognition of Foreign Proceeding NFE Global Holdings Limited, Chapter 15 Petition for Recognition of Foreign Proceeding NFE Brazil Newco Limited [Case No. 26-11269, Docket No. 1], Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code, Declaration of Nicole Stephansen in Support of the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code, Declaration of Christopher Boas in Support of the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code, Motion for Entry of an Order (I) Scheduling Recognition Hearing and (II) Specifying Form and Manner of Service of Notice, and Order (I) Scheduling Recognition Hearing and (II) Specifying Form and Manner of Service of Notice [Docket No. 12];

(f)     Certificate of Publication of Gabriel Jimenez Regarding Notice of Filing and Hearing on the Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of the Foreign Representative, and (III) Certain Related Relief [Docket No. 15];

(g)     Notice of Entry of Order Sanctioning Restructuring Plans in Foreign Main Proceedings [Docket No. 16];

(h)     Supplemental Declaration of Nicole Stephansen in Support of The Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of The Bankruptcy Code [Docket No. 17];

(i)     Notice of Filing of Revised Proposed Order Granting Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of The Bankruptcy Code [Docket No. 18];

(j)     Certificate of No Objection Regarding Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of The Bankruptcy Code [Docket No. 19];

(k)     Order for Production of Expert Report [Docket No. 22]; and

3

(l)    Notice of Filing of Expert Opinion [Docket No. 23].


Status:  This matter is going forward on an uncontested basis.


Dated: June 24, 2026
       Chicago, Illinois

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

/s/ *Ron E. Meisler*
Ron E. Meisler
Christopher M. Dressel (admitted *pro hac vice*)
Bryan V. Uelk
Jennifer Madden (admitted *pro hac vice*)
320 S. Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM (UK) LLP

Peter K. Newman
Nicole Stephansen
22 Bishopsgate
London EC2N 4BQ
Telephone: +44 20 7519 7000
Fax: +44 20 7519 7070

*Counsel to the Foreign Representative*