SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Ron E. Meisler
Christopher M. Dressel (admitted *pro hac vice*)
Bryan V. Uelk
Jennifer Madden (admitted *pro hac vice*)
320 S. Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

– and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM (UK) LLP
Peter K. Newman
Nicole Stephansen
22 Bishopsgate
London EC2N 4BQ
Telephone: +44 20 7519 7000
Fax: +44 20 7519 7070

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 15** |
| **NFE Global Holdings Limited,** *et al.*, | **Case No. 26-11268 (MG)** |
| **Debtors in a Foreign Proceeding.**[1] | **(Jointly Administered)** |

---

[1]  The Debtors and the last four digits of their respective foreign identification numbers are NFE Global Holdings Limited (9588) and NFE Brazil Newco Limited (1053). The address of NFE Global Holdings Limited's registered office is Suite 1, 7th Floor, 50 Broadway, London SW1H 0BL, United Kingdom, and the address of NFE Brazil Newco Limited's registered office is Suite 1, 7th Floor, 50 Broadway, London SW1H 0DB, United Kingdom.

**NOTICE OF FILING OF DEMONSTRATIVE FOR**
**RECOGNITION AND ENFORCEMENT HEARING SCHEDULED FOR JUNE 26, 2026**

**PLEASE TAKE NOTICE** that on May 28, 2026, Christopher Boas, in his capacity as the authorized foreign representative (the "**Foreign Representative**") of the above-captioned foreign debtors (the "**Debtors**") that are the subject of proceedings currently pending before the High Court of Justice of England and Wales concerning two restructuring plans proposed pursuant to Part 26A of the Companies Act of 2006 (as amended), filed voluntary petitions for relief under chapter 15 of title 11 of the United States Code for the Debtors with the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative hereby files the demonstrative attached hereto as **Exhibit A** for use at the recognition and enforcement hearing scheduled for June 26, 2026.

*[Remainder of Page Intentionally Left Blank]*

2

Dated: June 25, 2026
   Chicago, Illinois

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

        /s/ *Ron E. Meisler*
        Ron E. Meisler
        Christopher M. Dressel (admitted *pro hac vice*)
        Bryan V. Uelk
        Jennifer Madden (admitted *pro hac vice*)
        320 S. Canal Street
        Chicago, Illinois 60606
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        – and –

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM (UK) LLP

        Peter K. Newman
        Nicole Stephansen
        22 Bishopsgate
        London EC2N 4BQ
        Telephone: +44 20 7519 7000
        Fax: +44 20 7519 7070

        *Counsel to the Foreign Representative*

## EXHIBIT A

**Demonstrative**

# NFE Global Holdings Limited
# NFE Brazil Newco Limited
## Chapter 15 Recognition Hearing

June 2026



© Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates. All rights reserved.

# "Collateral Pools" and Plan Consideration



| Class | Plan Claims | Existing Collateral Pools | Recovery (%) & Plan Consideration | Votes in Favor (% of All Claims in Class) |
|---|---|---|---|---|
| **R-1 Lenders** | $106m | Common Collateral, F1 Collateral, F2 Collateral and Account Collateral | 86%<br>(CoreCo Common Stock, CoreCo Preferred Stock, New CoreCo Term Loans, FLNG 2 Term Loans & FLNG 2 Preferred Equity) | 100% |
| **R-2 Lenders** | $596m | Common Collateral, F1 Collateral, F2 Collateral, Account Collateral and (up to a $200m cap) Brazil Collateral | 94%<br>(CoreCo Common Stock, CoreCo Preferred Stock, New CoreCo Term Loans, FLNG 2 Term Loans, FLNG 2 Preferred Equity & RCF-2 / TLA BrazilCo Equity Pool) | 99.89% |
| **TLB Lenders** | $1,363m | Common Collateral, F1 Collateral and F2 Collateral | 81%<br>(CoreCo Common Stock, CoreCo Preferred Stock, New CoreCo Term Loans, FLNG 2 Term Loans & FLNG 2 Preferred Equity) | 99.89% |
| **TLA Lenders** | $318m | Common Collateral, F2 Collateral, Account Collateral and (up to a $200m cap) Brazil Collateral | 58%<br>(CoreCo Common Stock, CoreCo Preferred Stock, New CoreCo Term Loans, FLNG 2 Term Loans, FLNG 2 Preferred Equity & RCF-2 / TLA BrazilCo Equity Pool) | 100% |
| **Legacy Noteholders** | $789m | Common Collateral | 26%<br>(CoreCo Common Stock & CoreCo Preferred Stock) | 89.55% |
| **Series I and II Lenders** | $3,084m | Common Collateral | 26%<br>(CoreCo Common Stock & CoreCo Preferred Stock) | 100% |
| **2029 New Noteholders** | $3,339m | Brazil Collateral | 35%<br>(BrazilCo Common Equity) | 99.67% |

# Existing Structure





# New Structure



## BrazilCo

```
New
Shareholders
        |
BrazilCo
Common
Equity
        |
NFE Brazil
Holdings Limited
(Bermuda)
        |
Brazil
Operating
Business
```

## CoreCo

```
New and
Existing
Shareholders
        |
CoreCo
Common Stock
CoreCo Preferred
Stock
```

NFE Inc. (Delaware)

NFE Financing LLC (Delaware) — NFE Brazil Newco Limited (UK)

Other CoreCo Collateral Subsidiaries

NFE Global Holdings Limited (UK)

FLNG 1 Collateral Subsidiaries

FLNG 2 Collateral Subsidiaries

FLNG 2 Preferred Equity

Non-Obligor Subsidiaries

### Legend

- CoreCo Collateral — *Pari passu* first lien claims in respect of the New CoreCo Term Loan Debt
- *Pari passu* senior ranking first lien claims in respect of the New CoreCo LC Facility
- FLNG2 Collateral — *Pari passu* first lien claims in respect of the FLNG 2 Term Loan Debt